# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 CR 50026 - 1 | **DATE** | 1/10/2005 |
| **CASE TITLE** | United States vs. Buchanan | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse memorandum opinion and order, the court denies Milton Buchanan's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2).

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | number of notices | | |
| ✓ | Notices mailed by judge's staff. | | JAN 11 2005 | | 634 |
| | Notified counsel by telephone. | | date docketed | | |
| | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | 1-10-05 date mailed notice | | |
| LC | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | | |

# MEMORANDUM OPINION AND ORDER

Milton E. Buchanan, a federal prisoner, has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. Amendment 591. Amendment 591 does not apply to Buchanan as the subject matter of the amendment relates to Guideline § 2D1.2- a section not applied in Buchanan's sentencing.

While Buchanan's motion also refers in a footnote to Apprendi v. New Jersey, 530 U.S. 466 (2000), and Blakely v. Washington, 124 S. Ct. 2531 (2004), he expressly states in that footnote that he "only brings these cases to the court's attention in an effort to explain his layman's interpretation of amendment 591, and nothing more." To the extent the reference to Apprendi and Blakely could be read as a separate claim, such a claim could only be brought via 28 U.S.C. § 2255, which would be improper in Buchanan's case as a successive § 2255 motion.

For the foregoing reasons, the court denies Buchanan's motion in its entirety.